IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

LEO MORITZ, etc,

      Plaintiff,     Case No. 3:10 CV 261

  -vs-

                O R D E R

RICHARD KINZEL, et al.,

      Defendant.

KATZ, J.

  This case was filed on February 5, 2010. An Amended complaint was filed February 19, 2010 (Doc. No. 6). On February 18, 2011 this Court issued an order giving Plaintiff ten (10) days to show cause why this case should not be dismissed. Nothing further has been filed. It is therefore,

  ORDERED that this case is dismissed without prejudice for want of prosecution.

                    s/ *David A. Katz*
                   DAVID A. KATZ
                   U. S. DISTRICT JUDGE